Gary S. Deschenes (ID #2293)
DESCHENES & ASSOCIATES LAW OFFICES
309 First Avenue North
P.O. Box 3466
Great Falls MT 59403-3466
E-mail: gsd@dalawmt.com
Telephone (406) 761-6112
Facsimile (406) 761-6784
Attorney for Debtor

Neal G. Jensen
Assistant United States Trustee
Office of United States Trustee
Liberty Center, Suite 204
301 Central Avenue
Great Falls, MT 59401
E-mail: neal.g.jensen@usdoj.gov
Telephone (406) 761-8777
Facsimile (406) 761-8895
Attorney for United States Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE<br><br>BENJAMIN L. BROWN, SR.<br><br>Debtor. | No. 11-62288<br><br>(Chapter 11) |

## STIPULATION

COMES NOW, the Debtor, Benjamin L. Brown, Sr., by and through his counsel of record, Gary S. Deschenes, and the Acting United States Trustee, Gail Brehm Geiger ("UST"), acting through counsel, Neal G. Jensen, and stipulate and agree as follows:

1. Debtor's Second Amended Plan of Reorganization filed on August 22, 2012, was confirmed on October 1, 2012.

2. Debtor filed his Interim Application for Professional Fees and Costs on December 5, 2012, (Docket No. 240). The Court entered its Order on said Interim Application for Professional Fees and Costs on December 28, 2012, (Docket No. 243).

3. Debtor filed his Second Application for Professional Fees and Costs and Request to be Reviewed as Final Fee Application on October 29, 2014, (Docket No. 424).

4. The attorney fees and costs requested by Debtor's counsel as set forth in Debtor's Second Application for Professional Fees and Costs and Request to be Reviewed as Final Fee Application filed on October 29, 2014, were incurred post confirmation and pursuant to *Mullendore*, Court approval of compensation for professionals is not required after confirmation of Debtor's Plan.

5. The parties agree that Debtor shall withdraw his Second Application for Professional Fees and Costs pursuant to this Court's Memorandum of Decision entered in *In re Mullendore*, 2014 Mont. B.R. 573.

6. The parties further request that the Court approve Debtor's Interim Application for Professional Fees and Costs filed on December 5, 2012, as counsel's final application for compensation of attorneys fees and costs.

DATED this 6th day of November, 2014.

DESCHENES & ASSOCIATES LAW OFFICES

GAIL BREHM GEIGER
ACTING UNITED STATES TRUSTEE
REGION 18

BY:/s/ Gary S. Deschenes
   Gary S. Deschenes
   Attorney for Debtor

BY:/s/ Neal G. Jensen
   Neal G. Jensen
   Assistant United States Trustee
   (Attorney for United States Trustee)

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that on November 6, 2014, or as soon as possible thereafter, copies of the foregoing STIPULATION was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

Wells Fargo Bank, N.A.
c/o Routh Crabtree Olsen, PS
13555 SE 36th St., Suite 300
Bellevue, WA 98006

Cynthia M. Johiro
Deputy Attorney General
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

DATED this 6th day of November, 2014.

/s/ Lisa Peck
Lisa Peck

3