**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

In re

**BENJAMIN L. BROWN, SR**,

Debtor.

Case No.  **11-62288-11**

**FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE**

It appearing that a chapter 11 plan was confirmed by the Court in this case on October 1, 2012, Dkt. No. 231.  It further appearing that there are no pending matters requiring the attention of the Court.  In addition, by Order entered March 21, 2017, Dkt. No. 524, the Court advised interested parties that this case would be closed unless such party showed cause within twenty-eight days why this case should remain open.  No response to the Court's Order has been filed.  Accordingly, good cause existing therefor;

**IT IS HEREBY ORDERED** that this chapter 11 case be and it is hereby **CLOSED,** *provided, however,* the entry of this order is without prejudice to, or restriction upon, the right of any interested party to request, after appropriate motion, notice and opportunity for a hearing, that this case be reopened to afford a party relief, including, but not limited to, a request by the Debtor for entry of a discharge under 11 U.S.C. § 1141(d) and the terms of the confirmed plan.

Dated:  April 26, 2017

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge